# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>ROBERT C. BAKER,<br><br>      Plaintiff,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.,<br>et al.,<br><br>      Defendants. | NO. CIV 05-279 WJ/WDS |

## ORDER

The Court, having considered the joint motion by all parties to modify the December 10, 2010 Scheduling Order (Docket No. 107) by extending the February 1, 2011 deadline for amendments to pleadings and joinder of parties, and having found good cause to exist, as set forth in the joint motion, to modify the Scheduling Order,

**IT IS HEREBY ORDERED THAT:**

The Scheduling Order is hereby modified so that amendments to pleadings and joinder of parties are due to the Court on March 17, 2011.



UNITED STATES MAGISTRATE JUDGE