**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA
EX REL ROBERT C. BAKER,

Plaintiffs,

v. 05 CV 279 WJ WDS

COMMUNITY HEALTH SYSTEMS, INC., ROSWELL HOSPITAL CORPORATION d/b/a EASTERN NEW MEXICO MEDICAL CENTER; DEMING HOSPITAL CORPORATION d/b/a MIMBRES MEMORIAL HOSPITAL AND NURSING HOME; and SAN MIGUEL HOSPITAL CORPORATION d/b/a ALTA VISTA REGIONAL HOSPITAL,

Defendants.

**MINUTE ORDER RESOLVING QUESTIONS ON PROPOSED ORDER RE: PLAINTIFFS' MOTION TO COMPEL**

This matter is before the Court at the request of the parties. On February 8, 2011 the Court heard oral argument on a number of discovery motions. At the conclusion of oral argument the Court directed the parties to submit proposed forms of orders in accordance with the Court's rulings. The parties were unable to come to an agreement on the content of the proposed orders. The parties have submitted a proposed form of order, and where they were unable to agree on the language of the order they have supplied their competing versions of proposed text. Below, the Court will go paragraph by paragraph through the order and, where a dispute exists, indicate the party whose language should be used:

1. Plaintiff
1.a. Plaintiff
1.b. Defendant
2.a-c. Plaintiff
3. Plaintiff
4. Defendant

5. Plaintiff (i.e., omit language)
6. Agreed
7. Plaintiff. The Court considers the asserted "self-critical analysis" and "self-audit" privileges not well taken.
8. Agreed.
8.a. Plaintiff
8.b. Agreed
8.c. Agreed
8.d. Agreed
9. Plaintiff. The Court considers the asserted "self-critical analysis" and "self-audit" privileges not well taken.

IT IS SO ORDERED

_____
W. Daniel Schneider
United States Magistrate Judge