# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROBERT C. BAKER, ) ) *Plaintiffs*, ) ) v. ) ) COMMUNITY HEALTH SYSTEMS, INC. ) et al., ) ) *Defendants*. ) ) | NO. CIV 05-279 WJ/WDS |

## [PROPOSED] ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER THE UNITED STATES' FIRST AMENDED COMPLAINT IN INTERVENTION AND RELATOR ROBERT C. BAKER'S THIRD AMENDED COMPLAINT

The Court, having considered the Unopposed Motion to extend the time for Defendants to answer the United States' First Amended Complaint in Intervention and Relator Robert C. Baker's Third Amended Complaint, and being fully advised,

IT IS HEREBY ORDERED THAT Defendants' Unopposed Motion is GRANTED and Defendants shall have until July 11, 2011 to answer the United States' First Amended Complaint in Intervention and Relator Baker's Third Amended Complaint.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,
    s/ Gregory M. Luce

GREGORY M. LUCE
CHRISTOPHER G. OPRISON

JAMES C. BUCK
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 NEW York Avenue, NW
WASHINGTON, DC 20005
(202) 371-7000

HENRY M. BOHNHOFF
EDWARD RICCO
RODEY, DICKASON, SLOAN, AKIN & ROBB, PA
POST OFFICE BOX 1888
ALBUQUERQUE, New Mexico 87103
(505) 765-5900

PHIL BREWER
25 WEST FOURTH STREET
ROSWELL, NEW MEXICO 88201
(575) 625-0298

*Attorneys for Defendants Community Health Systems, Inc., Roswell Hospital Corporation d/b/a Eastern New Mexico Medical Center, Deming Hospital Corporation d/b/a Mimbres Memorial Hospital and Nursing Home, San Miguel Hospital Corporation d/b/a Alta Vista Regional Medical Center, Community Health Systems Professional Services Corporation, and CHS/Community Health Systems, Inc.*

Approved:

COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA

ROBERT MCAULIFFE
ELIZABETH A. RINALDO
UNA LEE
U.S. Department of Justice

COUNSEL FOR RELATOR ROBERT C. BAKER

PETER W. CHATFIELD
STEPHEN S. HASEGAWA
Phillips & Cohen, LLP

ROBERT L. PALMER
LAUREN A. SMITH
MARY H. CHU
ELIZABETH S. LACHMAN

Hennigan Dorman LLP

JAMES P. LYLE
Law Offices of James P. Lyle, P.C.