IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>ROBERT C. BAKER,<br><br>      **Plaintiff,**<br><br>      v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.<br>et al.,<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **NO. CIV 05-279 WJ/WDS**<br>)<br>)<br>)<br>)<br>) |

**AGREED ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES
IN SCHEDULING ORDER [DOC 184] RELATING TO EXPERT DISCOVERY**

The Court, having considered the parties' Joint Motion to Extend Deadlines In Scheduling Order [Doc. 184] Relating to Expert Discovery, and being fully advised, **IT IS HEREBY ORDERED THAT:**

For experts a party may use at trial solely to contradict or rebut expert evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) ("rebuttal experts"), reports shall be due no later than **October 17, 2011**.

All depositions of rebuttal experts shall be completed no later than **November 4, 2011**.

All motions relating to rebuttal expert discovery shall be filed with the Court and served on counsel no later than **November 14, 2011**.

All other deadlines in the Scheduling Order shall remain the same.

**IT IS SO ORDERED** this 18th day of August, 2011.

_____
**HON. W. DANIEL SCHNEIDER**
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted,

/s/_____
GREGORY M. LUCE
CHRISTOPHER G. OPRISON
JAMES C. BUCK
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

HENRY M. BOHNHOFF
EDWARD RICCO
Rodey, Dickason, Sloan, Akin & Robb, PA
Post Office Box 1888
Albuquerque, New Mexico 87103
(505) 765-5900

PHIL BREWER
125 West Fourth Street
Roswell, New Mexico 88201
(575) 625-0298

***Counsel for Defendants*** *Community Health Systems, Inc., Roswell Hospital Corporation d/b/a Eastern New Mexico Medical Center, Deming Hospital Corporation d/b/a Mimbres Memorial Hospital and Nursing Home, San Miguel Hospital Corporation d/b/a Alta Vista Regional Medical Center, Community Health Systems Professional Services Corporation, and CHS/Community Health Systems, Inc.*

HOWARD R. THOMAS,
Assistant United States Attorney
and
ROBERT MCAULIFFE
ELIZABETH A. RINALDO
UNA LEE
Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice

*Counsel for Plaintiff United States*

PETER W. CHATFIELD
STEPHEN S. HASEGAWA
Phillips & Cohen, LLP

ROBERT L. PALMER
LAUREN A. SMITH
MARY H. CHU
ELIZABETH S. LACHMAN
Hennigan Dorman LLP

JAMES P. LYLE
Law Offices of James P. Lyle, P.C.

*Attorneys for Plaintiff Robert C. Baker*