IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>ROBERT C. BAKER, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) |
| COMMUNITY HEALTH SYSTEMS, INC.,<br>et al., | )   NO. CIV 05-279 WJ/WDS<br>)<br>) |
| *Defendants*. | )<br>)<br>) |

**ORDER DENYING UNITED STATES' MOTION FOR A
PROTECTIVE ORDER REGARDING DEFENDANTS'
INTENTION TO DEPOSE COUNSEL FOR THE UNITED STATES**

This matter is before the Court on Plaintiff's Motion for a Protective Order Regarding Defendants' Intention to Depose Counsel for the United States. (Document No. 190) The Court, having considered the parties' written submissions and being well advised in the premises, finds that the motion is not well taken and should be DENIED.

This motion is essentially a cross motion to a portion of Defendants' Motion to Compel. (Document No. 181) The Court has entered an order in response to that motion which directs the Plaintiff to have a person, be it an agency representative or attorney, certify Plaintiff's answers to Defendants' contention interrogatories.  Defendants are entitled to explore Plaintiff's answers by making use of the deposition process.  Therefore, a protective order is not required.

IT IS THEREFORE ORDERED that Plaintiff's Motion for a Protective Order is DENIED.

SO ORDERED this 19th day of August, 2011.

                                                                       _____
                                                                       W. Daniel Schneider
                                                                       United States Magistrate Judge