IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
EX REL ROBERT C. BAKER,

Plaintiffs,

v.                                                          05 CV 279 WJ WDS

COMMUNITY HEALTH SYSTEMS, INC.,
ROSWELL HOSPITAL CORPORATION
d/b/a EASTERN NEW MEXICO MEDICAL
CENTER; DEMING HOSPITAL CORPORATION
d/b/a MIMBRES MEMORIAL HOSPITAL AND
NURSING HOME; and SAN MIGUEL HOSPITAL
CORPORATION d/b/a ALTA VISTA REGIONAL
HOSPITAL,

Defendants.

## ORDER SETTING STATUS CONFERENCE

This matter comes before the Court *sua sponte*. A telephonic status conference will be held on **MONDAY, SEPTEMBER 19, 2011, AT 9:00 A.M.** Due to the number of attorneys involved in the case, it will be necessary to schedule a conference call with AT&T or a similar provider. Counsel are directed to coordinate the scheduling of the conference call so that all counsel and the Court are advised of the arrangements. Only counsel are required to participate in the status conference.

**IT IS SO ORDERED**.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE