IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>ROBERT C. BAKER,<br><br>      *Plaintiffs*,<br><br>v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.,<br>et al.,<br><br>      *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  NO. CIV 05-279 WJ/WDS<br>)<br>)<br>)<br>)<br>)<br>) |

**MINUTE ORDER ON *IN CAMERA* INSPECTION**

This matter is before the Court for *in camera* inspection of certain documents for which Relator claims a privilege. The *in camera* review arises from the Court's May 10, 2011 order. (Document #209) The Court received two binders, each with a privilege log. The first binder contained sequentially numbered exhibits numbered 1-100. The documents related to Baker's communication with the *Sisneros* plaintiffs. The Court has reviewed the documents and the asserted privileges and has determined that none of the documents in question need be produced to the Defendants in this case.

The second binder was associated with a privilege log numbered 1-173. There were 35 enumerated tabs in the binder, starting with 40, 53, 54, etc. and ending with 151 and 169. The Court has reviewed the documents and the asserted privileges and has determined that none of the documents in question need be produced to the Defendants in this case.

SO ORDERED this 21st day of September, 2011.

_____
W. Daniel Schneider
United States Magistrate Judge