# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROBERT C. BAKER, ) ) ) | |
| *Plaintiffs*, ) ) | |
| v. ) ) | NO. CIV 05-279 WJ/WDS |
| COMMUNITY HEALTH SYSTEMS, INC. et al., ) ) ) ) | |
| *Defendants*. ) ) | |

### ORDER FOR REIMBURSEMENT
### OF REASONABLE COSTS AND EXPENSES

This matter came before the Court at a Discovery Hearing held on October 21, 2011. Defendants Community Health Systems, Inc., CHS/Community Health Systems, Inc., Community Health Systems Professional Services Corporation, Roswell Hospital Corporation d/b/a Eastern New Mexico Medical Center, Deming Hospital Corporation d/b/a Mimbres Memorial Hospital, and San Miguel Hospital Corporation d/b/a Alta Vista Regional Hospital (collectively, "Defendants"), appeared at the hearing, along with counsel for non-party Myers and Stauffer LC ("Myers").

Upon review of the status of discovery, it is hereby ORDERED that:

1. Defendants, jointly and severally, shall be responsible for reimbursing Myers for all reasonable costs and expenses incurred by Myers in connection with the engagement of and work done by Iris Data Services relating to responding to the subpoena for documents issued by Defendants on July 25, 2011 (the "Subpoena"). If the parties are unable to agree on what is reasonable, the Court will determine what constitutes "reasonable costs and expenses" based on an itemized invoice of IRIS' work which, together with proof of payment by Myers, shall be submitted

to the Court as soon as practicable following completion of IRIS' work.

3. This Order does not prohibit or preclude Myers from seeking, and the Court from ordering, further and additional reimbursement from Defendants for costs and expenses incurred by Myers in directing, supervising, and assisting Iris Data Services' work and otherwise responding to the Subpoena, including, specifically, reimbursement for time and expenses incurred by Myers staff and employees in collecting, processing, reviewing, and producing documents pursuant to the Subpoena.

4. Defendants reserve the right to seek, and the Court may grant to Defendants, an award of fees and cost for Myers' delay in complying with the Subpoena in a timely manner.

_____
W. Daniel Schneider
UNITED STATES MAGISTRATE JUDGE