IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA
EX REL ROBERT C. BAKER,

Plaintiffs,

v.                                                              05 CV 279 WJ WDS

COMMUNITY HEALTH SYSTEMS, INC.,
ROSWELL HOSPITAL CORPORATION
d/b/a EASTERN NEW MEXICO MEDICAL
CENTER; DEMING HOSPITAL CORPORATION
d/b/a MIMBRES MEMORIAL HOSPITAL AND
NURSING HOME; and SAN MIGUEL HOSPITAL
CORPORATION d/b/a ALTA VISTA REGIONAL
HOSPITAL,

Defendants.

### ORDER GRANTING MOTION TO COMPEL *IN CAMERA* REVIEW

This matter is before the Court on Plaintiffs' Motion to Compel Production of Documents Listed on the Privilege Log, Or In the Alternative, For *In Camera* Review. (Document 301) The Court, having considered the parties' written submissions and being well advised in the premises, finds that the motion is well taken as to the request for *in camera* review and should be GRANTED with the following limitation. For each document that will be the subject of review, the Plaintiffs shall specifically identify the basis for their request that the document be reviewed by the Court.

IT IS SO ORDERED

_____
W. Daniel Schneider
United States Magistrate Judge