# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel.** )<br>**ROBERT C. BAKER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>) **NO. CIV 05-279 WJ/WDS**<br>**COMMUNITY HEALTH SYSTEMS, INC.** )<br>**et al.,** )<br>)<br>**Defendants.** )<br>) | |

## STIPULATED ORDER GRANTING JOINT MOTION TO

## EXTEND DEADLINES IN SCHEDULING ORDER

The Court, having considered the parties' Joint Motion to Extend Deadlines In Scheduling Order [Doc. 341], and being fully advised, **IT IS HEREBY ORDERED THAT:**

- Motions relating to discovery, including motions relating to rebuttal expert discovery, shall be filed with the Court and served on opposing parties by **December 9, 2011**.

- Motions for summary judgment shall be filed with the Court and served on opposing parties by **January 27, 2012**.

- Oppositions to motions for summary judgment shall be filed with the Court and served on opposing parties by **February 17, 2012**.

- Replies in support of motions for summary judgment shall be filed with the Court

and served on opposing parties by **March 9, 2012**.

      **IT IS SO ORDERED** this 10th day of November, 2011.

_____
W. Daniel Schneider
United States Magistrate Judge

Respectfully submitted,

/s/
GREGORY M. LUCE
CHRISTOPHER G. OPRISON
JAMES C. BUCK
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000

HENRY M. BOHNHOFF
EDWARD RICCO
Rodey, Dickason, Sloan, Akin & Robb, PA
Post Office Box 1888
Albuquerque, New Mexico 87103
(505) 765-5900

PHIL BREWER
125 West Fourth Street
Roswell, New Mexico 88201
(575) 625-0298

*Counsel for Defendants Community Health Systems, Inc., Roswell Hospital Corporation d/b/a Eastern New Mexico Medical Center, Deming Hospital Corporation d/b/a Mimbres Memorial Hospital and Nursing Home, San Miguel Hospital Corporation d/b/a Alta Vista Regional Medical Center, Community Health Systems Professional Services Corporation, and CHS/Community Health Systems, Inc.*
HOWARD R. THOMAS,
Assistant United States Attorney

and
ROBERT MCAULIFFE
ELIZABETH A. RINALDO
UNA LEE
Attorneys
Commercial Litigation Branch
Civil Division
U.S. Department of Justice

*Counsel for Plaintiff United States*

PETER W. CHATFIELD
STEPHEN S. HASEGAWA
Phillips & Cohen, LLP

ROBERT L. PALMER
LAUREN A. SMITH
MARY H. CHU
ELIZABETH S. LACHMAN
Hennigan Dorman LLP

JAMES P. LYLE
Law Offices of James P. Lyle, P.C.

*Attorneys for Plaintiff Robert C. Baker*