IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>ROBERT C. BAKER,<br><br>        *Plaintiffs*,<br><br>        v.<br><br>COMMUNITY HEALTH SYSTEMS, INC.,<br>et al.,<br><br>        *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    NO. CIV 05-279 WJ/WDS<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING EXTENSION OF TIME FOR MYERS AND STAUFFER LC TO FILE A RESPONSE TO MOTION TO COMPEL AND REPLY TO MOTION TO QUASH**

THIS MATTER comes before the Court on Myers and Stauffer LC's Stipulated Motion for Extension of Time (Doc. No. 344)("Stipulated Motion"), and the Court having reviewed the pleadings and being otherwise fully advised in the premises, FINDS:

The Court has jurisdiction over the parties and the subject matter herein and that said Stipulated Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that should the discussions of the parties fail to resolve the issues relating to Defendants Cross Motion to Compel 30(b)(6) Testimony ("Motion to Compel") (Doc. No. 337) and to file a Reply to Myers and Stauffer LC's Motion to Quash Subpoena to Testify at a Deposition ("Motion to Quash") (Doc. No 323), by Friday November 18, 2011, Defendants shall notify Myers and Stauffer LC in writing of such and Myers and Stauffer LC shall have until Monday,

November 28, 2011 to file the applicable Reply and Response.

                                               _____
                                               W. Daniel Schneider
                                               United States Magistrate Judge