IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
*ex rel.* ROBERT C. BAKER,

Plaintiffs

v.                                                              Civ. No. 05-279 WJ/ACT

COMMUNITY HEALTH SYSTEMS, INC., *et al.*,

    Defendants.

## ORDER

THIS MATTER comes before the Court on Defendants' Motion to Strike the United States' Closing Argument [Doc. 529]. The Court declines to strike the United States' Closing Argument [Doc. 522], but Defendants may submit their rebuttal within ten (10) days of entry of this Order. The Court does not require a response or reply to Doc. 529 and the United States will not be allowed to respond to Defendants' rebuttal.

IT IS THEREFORE ORDERED that Defendants' Motion to Strike the United States' Closing Argument [Doc. 529] is granted in part and denied in part as stated herein.

IT IS SO ORDERED.

                                                            Alan C. Torgerson
                                                            United States Magistrate Judge