IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT C. BAKER,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>COMMUNITY HEALTH SYSTEMS, INC. *et al.*,<br><br>　　　　　　　　　Defendants. | No. CIV 05-00279 WJ/GBW |

### PLAINTIFFS' MOTION TO AMEND PRE-TRIAL DEADLINES

Plaintiffs believe that maintaining the October 14, 2014 trial date is essential to resolving this case, whether by jury verdict or settlement, in 2014.  Plaintiffs are prepared to proceed to trial on October 14 under the schedule set forth in the Court's Jury Trial Notice, issued on March 17, 2014, and the attachments thereto (Doc. 629).  However, to facilitate more orderly preparations for trial and to ensure that this case will be ready for trial on October 14, Plaintiffs hereby propose modifications[1] to the pre-trial schedule as follows[2]:

---

[1] Defendants' supplemental report of their rebuttal expert is due September 15, 2014.  Doc. 660. Plaintiffs propose that by September 19, 2014, the parties be allowed to provide supplements to the items listed in the pretrial schedule for the limited purpose of adding material relating to the Defendants' supplemental report of their rebuttal expert and the six depositions scheduled in August and early September 2014.

[2] On July 22, 2014, Plaintiffs' counsel sent an email to Defendants' counsel attaching a draft of the motion Plaintiffs planned to file in an attempt to obtain Defendants' agreement on the proposed revised deadlines so that the motion could be filed as a joint motion.  On July 28, 2014, Defendants' counsel sent Plaintiffs' counsel an email stating that Defendants could not agree to the proposed revised deadlines and will oppose the motion.  The instant motion contains a few revisions to the draft motion sent to Defendants on July 22.

| EVENT | DATE/DEADLINE |
|---|---|
| Plaintiffs submit consolidated Pretrial Order to Defendants | August 22, 2014 |
| Pretrial Order Filed | August 29, 2014 |
| Proposed Exhibit Lists Filed | August 29, 2014 |
| Witness Lists and Deposition Designations | August 29, 2014 |
| Motions *in Limine* Filed | September 5, 2014 |
| Jury Instructions Filed | September 5, 2014 |
| (Joint) Statement of the Case Filed | September 5, 2014 |
| Pretrial Conference | September 22, 2014, 9 am |
| Objections to Deposition Testimony Filed | September 26, 2014 |
| Objections to Exhibits Filed | September 26, 2014 |
| Responses to Motions *in Limine* Filed | September 26, 2014 |
| Objections to Jury Instructions Filed | September 26, 2014 |
| Notify court of any disagreements re deposition designations; mark counter designations | October 3, 2014 |
| Proposed Voir Dire/Jury Questionnaire Filed | October 6, 2014 |
| Trial Brief Filed | October 7, 2014 |
| Objections to Voir Dire filed | October 9, 2014 |

| Proposed Jury Verdict Form Submitted | TBD |
|---|---|
| Trial/Jury Selection Begins | October 14, 2014 |

Dated:  July   , 2014

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
Civil Division

DAMON P. MARTINEZ

United States Attorney, District of New Mexico

_____/s/_____
HOWARD R. THOMAS
Assistant United States Attorney
201 3rd Street, NW, Suite 900
Albuquerque, NM 87102


MICHAEL D. GRANSTON
DANIEL R.  ANDERSON
ROBERT MCAULIFFE
ELIZABETH A. RINALDO
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC  20044

Attorneys for Plaintiff United States of America

_____/s/_____
PETER W. CHATFIELD
STEPHEN HASEGAWA
Phillips & Cohen LLP
2000 Massachusetts Ave., N.W.
Washington, D.C. 20036
           and
131 Steuart St., Suite 501
San Francisco, CA 94105

ELLIOT R. PETERS
DAVID J. SILBERT
JO GOLUB
ELIZABETH MCCLOSKEY
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809


JAMES P. LYLE
Law Offices of James P. Lyle, P.C.
1116 2nd Street NW
Albuquerque, NM  87102

Attorneys for *Qui Tam* Plaintiff/Relator Robert C. Baker

I hereby certify that on July 29, 2014, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

By:   /s/HOWARD R. THOMAS