# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ROBERT C. BAKER,<br><br>                    Plaintiffs,<br><br>     v.<br><br>COMMUNITY HEALTH SYSTEMS, INC. *et al.*,<br><br>                    Defendants. | No. CIV 05-00279 WJ/GBW |

## SCHEDULING ORDER

This matter is before the Court pursuant to the Court's Order Granting in Part and Denying in Part Plaintiffs' Motion to Amend Pre-Trial Deadlines and Referring Scheduling Matters to Magistrate, Doc. 666.  Having considered the positions of the parties during the telephonic conference held on August 11, 2014, and being fully advised,

**IT IS HEREBY ORDERED THAT:**

The pre-trial deadlines are revised as follows:

| EVENT | DATE/DEADLINE |
|---|---|
| Plaintiffs submit consolidated Pretrial Order to Defendants | August 29, 2014 |
| Witness Lists Exchanged | August 29, 2014 |
| Proposed Exhibit Lists Filed | August 29, 2014 |

1

| | |
|---|---|
| Pretrial Order Filed | September 5, 2014 |
| Jury Instructions Filed | September 5, 2014 |
| (Joint) Statement of the Case Filed | September 5, 2014 |
| Jones Supplemental Rebuttal Expert Report Served | September 8, 2014 |
| Deposition Designations Filed | September 12, 2014 |
| *Daubert*/Motions *in Limine* Filed | September 12, 2014 |
| Responses to *Daubert* Motions Filed[1] | September 19, 2014 |
| Pretrial Conference | September 22, 2014, 9 am |
| Parties exchange and file order of witnesses | September 26, 2014 |
| Responses to Motions *in Limine* Filed | October 1, 2014 |
| Objections to Deposition Designations Filed | October 3, 2014 |
| Objections to Exhibits Filed | October 3, 2014 |
| Deposition Counter-designations filed | October 3, 2014 |
| Objections to Jury Instructions Filed | October 6, 2014 |
| Proposed Voir Dire/Jury Questionnaire Filed | October 6, 2014 |
| Trial Brief Filed | October 8, 2014 |

---

[1] Hearings on *Daubert* motions will be set by the presiding judge.

| Objections to Voir Dire filed | October 9, 2014 |
|---|---|
| Notify court of any disagreements re deposition designations; mark counter designations | October 9, 2014 |
| Proposed Jury Verdict Form Submitted | TBD |
| Trial/Jury Selection Begins | October 14, 2014 |

At the telephonic conference on these matters, counsel sought additional guidance regarding the level of specificity required by the Court for the "Factual Contentions Underlying Claims/Defenses" section of the pre-trial order form.  As noted by counsel, the parties' factual contentions have been thoroughly briefed in earlier filings.  Therefore, the Court directs that, in lieu of "factual contentions," the parties should include in this section a statement of the case to be read to the jury.  While the Court strongly urges the parties to agree on a joint statement of the case, if such is impossible, each party should submit their proposed statement of the case here.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE