IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ROBERT C. BAKER,  )<br>)<br>)<br>    *Plaintiffs*,                               )<br>)<br>          v.                                            )<br>)<br>COMMUNITY HEALTH SYSTEMS, INC. )<br>et al.,                                                 )<br>)<br>    *Defendants*.                         )<br>_____ ) | NO. CIV 05-279 WJ/GBW |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the United States of America, Relator Robert C. Baker and Defendants Eastern New Mexico Medical Center, Mimbres Memorial Hospital, Alta Vista Regional Hospital, Community Health Systems, Inc., CHS/Community Health Systems, Inc., and Community Health Systems Professional Services Corporation hereby stipulate and agree that all of the claims in this action shall be dismissed without prejudice as against Defendants Community Health Systems, Inc. and CHS/Community Health Systems, Inc.  Community Health Systems, Inc. and CHS/Community Health Systems, Inc. may be dismissed with prejudice upon further stipulation of the parties filed with the Court.

Dated:  December 12, 2014                                Respectfully submitted,

JOYCE R. BRANDA                                         /s/ Peter W. Chatfield
Acting Assistant Attorney General              PETER W. CHATFIELD
Civil Division                                                  STEPHEN HASEGAWA
                                                                       Phillips & Cohen LLP

DAMON P. MARTINEZ
United States Attorney, District of New       2000 Massachusetts Ave., N.W

Mexico

*Robert McAuliffe* (signature)

HOWARD R. THOMAS
Assistant United States Attorney
201 3rd Street, NW, Suite 900
Albuquerque, NM 87102

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
ROBERT MCAULIFFE
ELIZABETH A. RINALDO
ADAM R. TAROSKY
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Attorneys for Plaintiff United States of America

/s/ Gregory M. Luce
Gregory M. Luce
James C. Buck
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7000/(202) 393-5760 (fax)
Email: greg.luce@skadden.com

Henry M. Bohnhoff
Edward Ricco
Rodey, Dickason, Sloan, Akin & Robb, PA
Post Office Box 1888
Albuquerque, NM 87103
(505) 765-5900/(505) 768-7395 (fax)
Email: hbohnhoff@rodey.com

Phil Brewer
125 West Fourth Street
Roswell, NM 88201
(575) 625-0298
Email: phil@pegasusplace.com

Washington, DC 20036
and
100 The Embarcadero, Suite 300
San Francisco, CA 94105

ELLIOT R. PETERS
DAVID J. SILBERT
JO GOLUB
ELIZABETH K. MCCLOSKEY
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

JAMES P. LYLE
Law Offices of James P. Lyle, P.C.
1116 2nd Street NW
Albuquerque, NM 87102

Attorneys for *Qui Tam* Plaintiff/Relator Robert C. Baker

/s/ William C. Madison
William C. Madison
Madison & Mroz, PA
Post Office Box 25467
Albuquerque, NM 87125
(505) 242-2177
Email: wcm@madisonlaw.com

Attorneys for Community Health Systems, Inc. and CHS/Community Health Systems, Inc.

Attorneys for Defendants

I certify that on December 12, 2014, I caused the foregoing to be filed electronically through the CM/ECF system, which caused parties or counsel in this matter to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Gregory M. Luce

3