**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA, ex rel. ROBERT C. BAKER,**<br><br>***Plaintiffs,***<br><br>**v.**<br><br>**COMMUNITY HEALTH SYSTEMS, INC. et al.,**<br><br>***Defendants.*** | **NO. CIV 05-279 WJ/GBW** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff the United States of America, Relator Robert C. Baker and Defendants Eastern New Mexico Medical Center, Mimbres Memorial Hospital, Alta Vista Regional Hospital, and Community Health Systems Professional Services Corporation (collectively the "Parties") hereby stipulate and agree that all of the claims by and on behalf of the United States in this action shall be dismissed with prejudice subject to the following terms and conditions:

1. The Parties have executed a written settlement agreement ("Settlement Agreement") in compromise and settlement of the United States' claims, and Relator's claims on behalf of the United States, against Defendants Community Health Systems Professional Services Corporation; Eastern New Mexico Medical Center; Mimbres Memorial Hospital and Nursing Home; and Alta Vista Regional

Medical Center (collectively "Defendants") set forth in the United States' First Amendment Complaint in Intervention and Relator's Third Amended Complaint.

2. Relator agrees that the amount and terms of the Settlement Agreement are fair, adequate and reasonable pursuant to 31 U.S.C. § 3730(c)(2)(B).

3. The United States and Relator have reached agreement in full settlement of any claims the Relator may have under 31 U.S.C. § 3730(d)(1) for a share of the proceeds of the settlement.

4. Accordingly, consistent with the terms of the Settlement Agreement, the Parties stipulate and agree that all of the claims on behalf of the United States against the Defendants set forth in United States' First Amendment Complaint in Intervention and Relator's Third Amended Complaint in this action shall be dismissed with prejudice.

5. Relator and Defendants have not reached agreement regarding Relator's claims for statutory attorneys' fees and costs under 31 U.S.C. § 3730(d).

6. The Court will retain jurisdiction over the Parties to the extent necessary to adjudicate Relator's claims for statutory attorneys' fees and costs under 31 U.S.C. § 3730(d), and to enforce the terms and conditions of the Settlement Agreement.

Dated: ~~January~~ February 12, ~~[ ]~~, 2015

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

Respectfully submitted,

approved by email 02-10-2015
PETER W. CHATFIELD
STEPHEN HASEGAWA
Phillips & Cohen LLP

DAMON P. MARTINEZ
United States Attorney, District of New Mexico

HOWARD R. THOMAS
Assistant United States Attorney
201 3rd Street, NW, Suite 900
Albuquerque, NM 87102

MICHAEL D. GRANSTON
DANIEL R. ANDERSON
ROBERT MCAULIFFE
ELIZABETH A. RINALDO
ADAM R. TAROSKY
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, DC 20044

Attorneys for Plaintiff United States of America

2000 Massachusetts Ave., N.W
Washington, DC 20036
and
100 The Embarcadero, Suite 300
San Francisco, CA 94105

ELLIOT R. PETERS
DAVID J. SILBERT
JO GOLUB
ELIZABETH K. MCCLOSKEY
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

JAMES P. LYLE
Law Offices of James P. Lyle, P.C.
1116 2nd Street NW
Albuquerque, NM 87102

Attorneys for *Qui Tam* Plaintiff/Relator Robert C. Baker

Approved by email 02-12-2015
Gregory M. Luce
James C. Buck
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7000/(202) 393-5760 (fax)
Email: greg.luce@skadden.com

Henry M. Bohnhoff
Edward Ricco
Rodey, Dickason, Sloan, Akin & Robb, PA
Post Office Box 1888
Albuquerque, NM 87103
(505) 765-5900/(505) 768-7395 (fax)
Email: hbohnhoff@rodey.com

Phil Brewer
125 West Fourth Street
Roswell, NM 88201

Approved by email 02-12-2015
William C. Madison
Madison & Mroz, PA
Post Office Box 25467
Albuquerque, NM 87125
(505) 242-2177
Email: wcm@madisonlaw.com

Attorneys for Defendants

(575) 625-0298
Email: phil@pegasusplace.com

Attorneys for Defendants

I certify that on ~~January~~ February 12, [ ], 2015, I caused the foregoing to be filed electronically through the CM/ECF system, which caused parties or counsel in this matter to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ Howard R. Thomas