**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel. ROBERT C. BAKER,** | ) | |
| ***Plaintiffs,*** | ) | |
| **v.** | ) | **NO. CIV 05-279 WJ/GBW** |
| **COMMUNITY HEALTH SYSTEMS, INC. et al.,** | ) | |
| ***Defendants.*** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Relator Robert C. Baker and his counsel Phillips & Cohen, LLP, Keker & Van Nest LLP, James P. Lyle, Hennigan Dorman LLP, and McKool Smith (collectively "Relator") and Defendants Community Health Systems Professional Services Corporation, now known as CHSPSC, LLC ("CHSPSC"), Community Health Systems, Inc., CHS/Community Health Systems Inc., Roswell Hospital Corporation d/b/a/ Eastern New Mexico Medical Center, Deming Hospital Corporation d/b/a Mimbres Memorial Hospital and Nursing Home, and San Miguel Hospital Corporation d/b/a/ Alta Vista Regional Medical Center (collectively "the Defendants"), hereby stipulate and agree that any and all of Relator's claims to attorney's fees, costs, and expenses in this action, including any and all pursuant to 31 U.S.C. § 3730(d) ("Fee/Expense Claim"), shall be dismissed with prejudice.

Dated: February 23, 2015

Respectfully submitted,

______________/s/________________
Gregory M. Luce
James C. Buck
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
(202) 371-7000/(202) 393-5760 (fax)
Email: greg.luce@skadden.com

Henry M. Bohnhoff
Edward Ricco
Rodey, Dickason, Sloan, Akin & Robb, PA
Post Office Box 1888
Albuquerque, NM 87103
(505) 765-5900/(505) 768-7395 (fax)
Email: hbohnhoff@rodey.com

Phil Brewer
125 West Fourth Street
Roswell, NM 88201
(575) 625-0298
Email: phil@pegasusplace.com

William C. Madison
Madison & Mroz, PA
Post Office Box 25467
Albuquerque, NM 87125
(505) 242-2177
Email: wcm@madisonlaw.com

Attorneys for Defendants

_____________/s/_________________
PETER W. CHATFIELD
STEPHEN HASEGAWA
Phillips & Cohen LLP

2000 Massachusetts Ave., N.W
Washington, DC 20036
and
100 The Embarcadero, Suite 300
San Francisco, CA 94105

ELLIOT R. PETERS
DAVID J. SILBERT
JO GOLUB
ELIZABETH K. MCCLOSKEY
Keker & Van Nest LLP
633 Battery Street
San Francisco, CA 94111-1809

JAMES P. LYLE
Law Offices of James P. Lyle, P.C.
1116 2nd Street NW
Albuquerque, NM 87102

Attorneys for *Qui Tam* Plaintiff/Relator Robert C. Baker

I certify that on February 23, 2015, I caused the foregoing to be filed electronically through the CM/ECF system, which caused parties or counsel in this matter to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

/s/ ________________________
Stephen Hasegawa